IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Roger Madden,

    Plaintiff,

v.

    Case No. 2:09cv375

Michael J. Astrue,
Commissioner of Social Security,

    Judge Michael H. Watson

    Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on February 10, 2010. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. Plaintiff's statement of errors is **OVERRULED** and the Clerk is directed to enter judgment in favor of the defendant Commissioner.

_____
Michael H. Watson, Judge
United States District Court